

# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2017

No. 04-17-00191-CR

Michael Lawrence **REISING**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-1601-CR-B
Honorable William Old, Judge Presiding

## O R D E R

It appears from the record that appellant seeks to appeal the denial of his motion to reduce bail. Appellate courts lack jurisdiction to consider an interlocutory appeal of trial court's denial of a pretrial motion for bond reduction. *Ragston v. State*, 424 S.W.3d 49, 51-51 (Tex. Crim. App. 2014). In addition, the clerk's record does not contain a motion to reduce bail or the trial court's order denying a motion to reduce bail.

It is therefore ORDERED that appellant show cause in writing on or before May 19, 2017 why this appeal should not be dismissed for lack of jurisdiction. All appeal deadlines are suspended pending our determination whether we have jurisdiction over this appeal.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of May, 2017.



Keith E. Hottle
Clerk of Court